# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

OCT 07 2013

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:13mj 378 BCW
Gmail Account "cynthiatotc@gmail.com" )
(see attached affadavit) )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ____Central____ District of ____Utah____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2320 | Counterfeit Goods Violations |
| 18 U.S.C. § 1341 | Mail Fraud |

The application is based on these facts:

See attached Affadavit in Support of Search Warrant, incorporated herein by this reference

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Ivan Murray, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____10/07/2013____

City and state: __SLC, UT 84101__

_____
Judge's signature

Brooke C. Wells, United States Magistrate Judge
*Printed name and title*